

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Program Support Center

Rockville MD 20857

MAR 28 2006

# CERTIFICATE OF INDEBTEDNESS

Sharon B. Madison, D.D.S.
1140 19th St NW, Ste 450
Washington, DC 20036
Ref: 50160341

Total debt due to the United States of America as of March 3, 2006: $18,106.29 (principal $18,037.10, interest $69.19, administrative costs $0.00).

I certify that the Department of Health and Human Services records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $18,037.10 from March 3, 2006, at the rate of 7.00%. Interest accrues on the principal amount of this debt at the rate of $3.46 per day. Interest is computed at a variable rate and is adjusted quarterly. Due to the annual compounding of interest, the current principal amount is greater than the original amount borrowed.

The claim arose in connection with a Government-insured Health Education Assistance Loan (HEAL) made by a private lender and assigned to the United States.

As a student at the Howard University, you applied for and were granted Health Education Assistance Loans (HEAL), Section 701-720 of the Public Health Service Act (42 U.S.C. 292 f-p). You consolidated your HEAL loans into one HEAL Relief Account loan in the amount of $11,468.87. You signed a promissory note on August 29, 1994, agreeing to repay the loan at a variable rate of interest.

Upon your leaving the Howard University, you were granted forbearance agreements during the period of November 28, 1996, to December 27, 1999, with payments to begin March 28, 2000. Between December 30, 1994, and December 13, 2002, you made twenty-five (25) payments totaling $2,494.05.

On September 21, 2004, the SLMA sent you a final demand letter to remit payment in full or your account would be filed as a default claim. You did not make any payments, nor did you respond.

Due to your failure to continue making payments, the SLMA filed an insurance claim on January 20, 2005, with the Department of Health and Human Services (HHS). The claim in the amount of $17,008.00 was paid on February 16, 2005, and an assignment of the note was received.

By letter dated February 25, 2005, you were notified that the previous holder of your HEAL placed you in default and assigned your notes to the United States Government. Enclosed were instructions for entering into a repayment agreement (RA) with notice that it must be completed and returned within thirty (30) days. You did not respond.

By letter dated April 29, 2005, you were notified that your account had been referred to OSI Collection Services for collection. You were advised that your account would be referred to the U.S. Department of Justice (DOJ) if you failed to either remit payment in full or enter into an RA. You did not comply.


EXHIBIT A

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - SHARON B. MADISON, D.D.S.

In a letter dated June 24, 2005, you were notified of the DHHS' intent to refer your HEAL debt to other Federal agencies for the purpose of administrative offset under the Debt Collection Improvement Act of 1996. You were advised that a written response, an RA, or payment in full received within sixty (60) days from the date of the letter would terminate administrative offset action. You did not comply.

On November 9, 2005, you were notified that you had sixty (60) days in which to resolve your delinquent debt. You were advised that if you were unwilling to establish an RA, your case would be immediately referred to the Office of the Inspector General (OIG) for exclusion from participation in the Medicare/Medicaid Programs. The letter also informed you that in the event you did not enter into an RA, your debt would be referred to the DOJ for enforced collection. You did not comply.

The following provides a breakdown of payments applied to your account:

25 Payments to Lender        12/30/94 to 12/13/02        $2,494.05

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment schedule for your debt. Because of your lack of cooperation the federal government is exercising its option and declaring your note due and payable. Accordingly, your debt has now been referred to the DOJ for enforced collection.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, District of Columbia, Judiciary Center Bldg., 555 4th St. N.W., Rm 10-312, Washington, D.C. 20001.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

MAR 28 2006
Date

Barry M. Blum
**Chief,** Referral Control Section
**Debt Management** Branch