AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

**United States of America**
c/o Thomas A. Mauro
1020--19TH Street, NW, #400
Washington, DC 20036

**SUMMONS IN A CIVIL ACTION**

Case Number: _____

v.

**Sharon B. Madison, DDS**

CASE NUMBER   1:06CV01114

JUDGE: John Garrett Penn

DECK TYPE: Student Loan (J)

DATE STAMP: 06/19/2006

**TO:** *(Name and Address of Defendant)*

    Sharon B. Madison, DDS
    1140 19th St Nw
    Ste 450
    Washington, DC 20036

    SSN XXX-XX-9434

**YOU ARE HEREBY SUMMONED** and required to serve on **PLAINTIFF'S ATTORNEY** *(Name and Address:)*

    Thomas A. Mauro

    Suite 400
    1020 19th Street, N.W.
    Washington, DC 20006-6101

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

**NANCY MAYER-WHITTINGTON**
**CLERK OF THE COURT**

BY: *[signature]*
DEPUTY CLERK

DATE: JUN 19 2006

USA v. Sharon Madison, DDS

440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6/26/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LOYD THOMPSON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1140 19th St. N.W. Suite 450

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/26/06            *Lloyd Thompson*
                Date              Signature of Server

Address of Server: 1220 L St. N.W. Suite 100-204
Washington, D.C. 20005

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.