Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

    V.

Civil Action No. 06-1114 (JGP)

SHARON B. MADISON

    Defendant(s)

RE: SHARON B. MADISON

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 6/26/2006, and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of December, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk