UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                              Civil Action No. 06-1114 (JGP)

SHARON B. MADISON,

        Defendant.

## ORDER

Default having been entered by the Clerk of Court on December 8, 2006, it is hereby

**ORDERED** that plaintiff shall move for a default judgment on or before August 24, 2007, or the Court will dismiss this action for lack of prosecution pursuant to Local Civil Rule 83.23.

DATE: August 3, 2007

                                          **JOHN GARRETT PENN**
                                          **United States District Judge**

Copy to:    Sharon B. Madison
                1140 19th Street, NW
                Suite 450
                Washington, DC 20036