UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 06v01114(DAR) |
| | : | |
| SHARON B. MADISON, | : | |
| Defendant. | : | |

**PRAECIPE REQUESTING ENTRY OF**
**DEFAULT JUDGMENT**

This matter is before the Court on student loan debts owed by the defendant, Sharon B. Madison to the U.S. Department of Health and Human Services.

On August 30, 2007, the Court issued an Order for the defendant to respond to the Plaintiff's Application For A Default Judgment With An Award Of Attorney Fees on or before September 10, 2007. As of November 27, 2007, the defendant has not responded to the Court's Order to our knowledge. Therefore, we request that the Court grant the Plaintiff's Application For A Default Judgment.

Respectfully submitted,

/s/
_____
Thomas A. Mauro, Bar No. 184515
1020 19th Street, NW, Suite 400
Washington, DC  20036
Attorney for Plaintiff

Dated:  November 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe was mailed, first class mail, postage this 27th day of November 2007 to the following:

Sharon Madison, DDS
1140–19th Street, N.W., Suite #450
Washington, DC 20036


/S/
_____
Thomas A. Mauro (184515)
1020 19th Street, N.W.,
Suite #400
Washington, DC 20036

November 27, 2007