UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06cv1114 (DAR) |
| v. | : | |
| | : | |
| SHARON B. MADISON | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

In response to the Court's Order of February 27, 2008, Plaintiff, United States of America, through its counsel, Thomas A. Mauro, hereby files this Status Report.

This case was filed on June 19, 2006 (Document # 1). It is before the Court in connection with a Government-insured Health Education Assistance Loan (HEAL) owed by the Defendant to the United States Department Health and Human Services. Defendant is a dentist licensed to practice dentistry in the District of Columbia.

Defendant was served with the Summons and Complaint on June 26, 2006 (Document # 2), but she failed to answer or respond.

The Clerk entered a Default on December 6, 2006 (Document # 5), and on August 6, 2007, Plaintiff moved for the entry of a default judgment (Document # 7). To our knowledge, the Defendant has not responded to the Motion.

On August 30, 2007, the Court issued an order instructing the Defendant to respond to Plaintiff's Motion for Entry of Default Judgment on or before September 10, 2007 (Document # 8). Defendant has not to our knowledge responded or complied with the August 30, 2007, Order.

At one point the Defendant agreed to a payment plan in this case, but failed to carry it out. Since the Defendant has not responded to the Plaintiff's Motion for Entry of Default of

1

2

August 6, 2007, or responded to the Court's Order of August 30, 2007, we believe the Court can now grant the Motion for Entry of Default Judgment, and we ask the Court to do so. Defendant is currently indebted to the Government in the amount of $19,467.07.

                                              Respectfully Submitted,

                                              /s/ Thomas A. Mauro
                                              Thomas A. Mauro
                                              Attorney for the United States of America

                                              1020 19th Street, N.W., Suite 400
                                              Washington, D.C. 20036
                                              PH: (202) 452-9865

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

Sharon B. Madison, DDS
1140 19th Street, N.W.
Suite 450
Washington, D.C. 20036

this 10th day of March, 2008.

                                              /s/ Thomas A. Mauro
                                                Thomas A. Mauro