**FILED**

**MAR 1 4 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

Sharon B. Madison,

        Defendant.

Case No.: 1:06CV01114 JGP / DAR

## ORDER GRANTING DEFAULT JUDGMENT

Upon consideration of the unopposed application of the United States of America for a default judgment, including attorney's fees and other expenses, the Court will grant the default judgment requested. Based on the matters set forth in the application and attachments thereto and the documents in the case file, the Court further concludes that the request of the United States for attorney's fees and the awarding of other costs is reasonable.

Accordingly, it is this the _____14th_____ day of _____March_____, 2008 ORDERED THAT:

1.     A default judgment be and it hereby is entered in favor of the United States of America against Sharon B. Madison in the principal amount of $13,996.87 plus accrued interest of $128.85 as of 12/19/2006, plus attorney's fees of $5,341.35 for a total judgment of $19,467.07 with pre-judgment interest on principal of $13,996.87 from March 03, 2006, at 7.000% per annum to the date of judgment, and post judgment interest at the legal rate of _2.55_% pursuant to 28 U.S.C. §1961 until paid, and plus the filing fee of $350.00.

2. The United States is further awarded the cost of private process server fees incurred in serving post-judgment executions and discovery. The Clerk shall tax them as costs.

3. The Defendant is encouraged to contact counsel for the United States to make voluntary payment arrangements.

_____
~~UNITED STATES DISTRICT JUDGE~~
Deborah A. Robinson
U.S. Magistrate Judge

Copies to:

Thomas A. Mauro
Attorney for the United States of America
1020-19TH Street, N.W.; #400
WASHINGTON, D.C. 20036

and

Sharon B. Madison
1140 19th St Nw
Suite # 450
Washington, DC 20036