UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:06CV01114 DAR

UNITED STATES OF AMERICA,        )
      Plaintiff,            )
          v.                  )
SHARON B. MADISON D.D.S.         )
      Defendant(s),         )
         and                 )
CITIBANK, N.A.                   )
      Garnishee             )

ANSWER OF THE GARNISHEE

___Citibank N.A___, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of

CITIBANK, N.A.
1 COURT SQ., 7TH FLR.
LONG ISLAND CITY, NY 11120

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member ____N/A____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) ____N/A____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 200__, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

        Yes  No

___✓___  1. Defendant was in my/our employ.

        2. Pay period is _____ weekly, _____ bi-weekly

(Page 10 of 16 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information

Case 1:06-cv-01114-DAR    Document 16    Filed 05/09/2008    Page 2 of 4

    \_\_\_\_\_ semi-monthly, \_\_\_\_\_ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                  $_____

   (b) Federal income tax       _____

   (c) F.I.C.A. income tax       _____

   (d) State income tax         _____

   Total of tax withholdings    $_____

   Net Wages                  $_____
   (a less total of b,c,d)

4. Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

NO ACCOUNT

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

\_\_\_\_    [The Garnishee makes the following claim of exemption on the part of Defendant:]

\_\_\_\_    [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

\_\_\_\_    [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, SHARON B. MADISON D.D.S. and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

(Page 12 of 16 - This print header can be changed using the printHeader HTML tag - see the viewONE HTML manual for further information

Case 1:06-cv-01114-DAR   Document 16   Filed 05/09/2008   Page 4 of 4

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, SHARON B. MADISON D.D.S., 1140 19TH ST NW, STE 450, Washington, DC 20036, and (2) the attorney for the United States, THOMAS A. MAURO, 1020 19TH STREET, NW, #400, WASHINGTON, DC 20006

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: 5/7/08

Garnishee

Printed Name and Title
Citibank, N.A.
Restraining Orders Unit-West
c/o Legal Service Intake Unit
1 Court Square
Citicorp at Court Square
7th Floor
Long Island City, NY 11120

Address for further communications

(916) 341-2730
Telephone

(718) 248-1225
Fax Number