UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO. 1:06CV01114 DAR

UNITED STATES OF AMERICA,         )
         Plaintiff,               )
              v.                  )
                                  )
SHARON B. MADISON D.D.S.          )
         Defendant(s),            )
              and                 )
                                  )
WACHOVIA BANK                     )
         Garnishee                )

ANSWER OF THE GARNISHEE

_Mary Monteruso_ (Affiant), BEING DULY SWORN DEPOSES AND SAYS:

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

WACHOVIA BANK
P.O. BOX 8667
PHILADELPHIA, PA 19101-8667

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the (State Official Title) _Legal Processor_ of Garnishee, _Wachovia Bank_ a corporation, organized under the laws of the State of _DC_.

On _5-20_, 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

   Yes (No)

___ ___ 1. Defendant was in my/our employ.

    2. Pay period is ____ weekly, ____ bi-weekly

\_\_\_\_\_ semi-monthly, \_\_\_\_\_ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages.   Calculate below:

    (a) Gross Pay                    $_____

    (b) Federal income tax      _____

    (c) F.I.C.A. income tax      _____

    (d) State income tax        _____

    Total of tax withholdings   $_____

    Net Wages                    $_____
    (a less total of b,c,d)

4. Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Checking Account | 455.97 | Account Holder |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

_____   [The Garnishee makes the following claim of exemption on the part of Defendant:]

_____   [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

_____   [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, SHARON B. MADISON D.D.S. and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, SHARON B. MADISON D.D.S., 1140 19TH ST NW, STE 450, Washington, DC 20036, and (2) the attorney for the United States, THOMAS A. MAURO, 1020 19TH STREET, NW, #400, WASHINGTON, DC 20006

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: MAY 20 2008

Garnishee: Wachovia Bank

Printed Name and Title: MARY MONTEROSSO

Signature: Mary Monterosso

Address:
Wachovia Bank
PA4418
Legal Order Processing
Post Office Box 8667
Philadelphia, PA 19101-8667

Telephone: 267-321-3581

Fax Number: 704-427-3684