IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                         Plaintiff, )<br>                             v. )<br>                                ) Civil Action No. 1:06CV01114 (DAR)<br>SHARON B. MADISON, D.D.S. )<br>                         Defendant )<br>                            and )<br>WACHOVIA BANK )<br>                         Garnishee. ) | |

## CONSENT RESOLVING GARNISHMENT
## AND PRAECIPE TO RELEASE BANK ATTACHMENTS

The United States of America, through counsel, served an order of bank attachment against the defendant/debtor and garnishee, WACHOVIA BANK, in the above captioned action in accordance with 28 U.S.C. §3205 (c) (7).

The defendant, SHARON B. MADISON and the United States have agreed to resolve the bank attachment. By their signatures below, the United States agrees to release the bank attachments as follows:

(1). WACHOVIA BANK, shall remit a check for $3,500.00 to the U.S. Department of Justice, Central Intake Facility, P.O. Box 70932, Charlotte, NC 28272-0932. The defendant's account number 2006A72396 and social security shall be referenced on the check. After remittance of said amount of money to the Government, WACHOVIA BANK, shall RELEASE the Writ of Bank Garnishment in this case.

(2). The defendant, Sharon Madison, shall then make monthly payments of $400.00 each, effective July 15th, 2008. Thereafter, these monthly payments of $400.00 each, will be due on the 15th of each and every month, until the balance of $21,143.45, including continuing accumulating interest at the judgment rate interest is paid.

The defendant will submit, a financial disclosure form to the Government's Attorney, Thomas A. Mauro, periodically at counsel's request to see if her payment can

be adjusted upwards to payoff the debt expeditiously.

ACCORDINGLY, the Clerk will release the Writ of Attachment in accordance with the above.

SEEN AND AGREED TO:

_____
Thomas A. Mauro
1020 19th Street, N.W., Suite 400
Washington, D.C. 20006
Telephone: 202 452 9865; Fax: 202 452 0092
Attorney for the United States
August 22, 2008

_____
Sharon Madison, DDS
1140–19th Street, NW, Suite 400
Washington, DC 20036
Defendant, *Pro Se*
August 22, 2008

Copy to:

WACHOVIA BANK
Garnishment Department
P.O. Box 8667
Philadelphia, PA 19101-8667
Attn: Mary Monterosso, Garnishment Admin.
Tel No. 267 321 3581
Fax No. 704 427 3684

2